UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOROSIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO,<br>FRESNO POLICE DEPARTMENT, and<br>Does 1-20, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:14-cv-00128-LJO-SKO<br><br>**FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S COMPLAINT BE DISMISSED WITH PREJUDICE**<br><br>**OBJECTIONS DUE:  28 DAYS** |

## I.   INTRODUCTION

On January 29, 2014, Plaintiff David Torosian ("Plaintiff") filed a complaint under the Civil Rights Act, 42 U.S.C. § 1983, against the City of Fresno, Fresno Police Department, and Does 1-20 (collectively, "Defendants") for violation of his Second Amendment rights.  Plaintiff also filed a motion to proceed *in forma pauperis*, which was granted.

On May 8, 2014, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty (30) days.  28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon

which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty-eight (28) days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **July 8, 2014**              /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE