# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOROSIAN, | **CASE NO. 1:14-cv-00128-LJO-SKO** |
| Plaintiff, | |
| v. | **ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| CITY OF FRESNO, et al., | **(Doc. 7)** |
| Defendants. | |

Plaintiff David Torosian filed a complaint on January 29, 2014, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which was granted. Plaintiff's complaint was screened by the U.S. Magistrate Judge pursuant to 28 U.S.C. § 1915(e)(2) and dismissed with leave to amend. On April 23, 2014, Plaintiff filed a First Amended Complaint which was dismissed on May 8, 2014, with 30-days leave to amend. (Doc. 5.)

Plaintiff failed to file an amended complaint, and on July 9, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's complaint be dismissed with prejudice. Plaintiff was given 28 days to file objections to the Findings and Recommendations. On August

1

14, 2014, Plaintiff filed a Second Amended Complaint.  (Doc. 7.)  On the same day that Plaintiff's Second Amended Complaint was entered on the docket, the Court adopted the Magistrate Judge's Findings and Recommendations, dismissed Plaintiff's complaint, and closed the case.

Plaintiff failed to timely file a Second Amended Complaint or file objections to the Magistrate Judge's Findings and Recomnedations.  As such, the Second Amended Complaint filed on August 14, 2014, is STRICKEN as untimely.[1]

IT IS SO ORDERED.

Dated:  **August 21, 2014**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court notes the Findings and Recommendations were returned as undeliverable.  The Findings and Recommendations were served on Plaintiff at the address on file.  It is the plaintiff's responsibility to keep the court apprsoed of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.